IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-cr-140-S |
| Plaintiff, | |
| v. | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| BRIAN WILLIAM PRICE, | (Felon in Possession of a Firearm) |
| Defendant. | |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 JUL 22 PM 2 36
STEPHAN HARRIS, CLERK

# INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about April 22, 2015, in the District of Wyoming, the Defendant, **BRIAN WILLIAM PRICE**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a Ruger New Model Super Blackhawk revolver, and a Savage Model 65M rifle, both of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/ Inked Signature on File in Clerk's Office
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | BRIAN WILLIAM PRICE |
| **DATE:** | July 21, 2015 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in: **Cheyenne** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm)<br><br>0-10 Years Imprisonment<br>$250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Matthew T. Wright, ATF |
| **AUSA:** | Thomas Szott, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |